# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ALLEN ARNOLD,<br><br>Petitioner,<br><br>v.<br><br>DIRECTOR OF CORRECTIONS-<br>REHABILITATION,<br><br>Respondent. | Civil No.   07-1400 LAB (POR)<br><br>**ORDER GRANTING MOTIONS FOR ENLARGEMENT OF TIME TO FILE ANSWER [Doc. No. 15, 18]** |

On January 24 and 28, 2008, Petitioner, proceeding *pro se* on a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, filed requests for a forty-five day enlargement of time to file an opposition to the Respondent's motion to dismiss the petition.  Petitioner's motions provide the reasons for the request.  Petitioner represents that he received the motion to dismiss on January 15, 2008, and that there is an ongoing lockdown at his prison facility which is preventing him from accessing the prison library.

The Court finds good cause to grant Petitioner's requests.  Petitioner shall file his opposition to the motion no later than **March 24, 2008**.  At the time the opposition is filed, Petitioner shall lodge with

1 | the Court any records not lodged by Respondent which Petitioner believes may be relevant to the
2 | Court's determination of the motion.
3 |      Unless otherwise ordered by the Court, this case shall be deemed submitted on the day following
4 | the date Petitioner's opposition is due.
5 | **IT IS SO ORDERED.**
6 |
7 | DATED: January 31, 2008
8 |
9 |                                LOUISA S PORTER
                               United States Magistrate Judge